### 11494. STANLEY *et al. v.* THE STATE.

BROYLES, C. J. 1. A ground of a motion for a new trial based upon an affidavit of a juror impeaching the verdict is without merit. Park's Ann. Code, § 5933, and citations.

2. The evidence amply authorized the verdict.

         *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
              DECIDED JULY 14, 1920.

Indictment for kidnapping; from Twiggs superior court — Judge Kent. February 23, 1920.

*J. S. Davis, R. A. Harrison,* for plaintiffs in error.

*E. L. Stephens, solicitor-general,* contra.